# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 96-10006
Summary Calendar

JOE WAYNE MONSON,

Plaintiff-Appellant,

versus

JANE DOE; CITY OF DALLAS;
BEN CLICK,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Texas
3:94-CV-2618-P

May 14, 1996

Before POLITZ, Chief Judge, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Joe Wayne Monson appeals the dismissal as frivolous under 28 U.S.C. § 1915(d) of his 42 U.S.C. § 1983 civil rights complaint. We have reviewed the record and the magistrate judge's findings and find no reversible error in the district court's determination that Monson's claims are barred under **Heck v. Humphrey**.[1]

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1] 114 S.Ct. 2364 (1994) (see **Monson v. Doe**, No. 3:94-CV-2618-P (N.D.Tex. Dec. 8, 1995)).

Monson's motion for the appointment of counsel on appeal is DENIED as moot.

The judgment appeals is AFFIRMED.